Susan Frisbie
304 Redbud Way
Nevada City, CA 95959-2154
(775) 230-9339
nevadasierras@yahoo.com
PRO SE

FILED
DEC 03 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

SUSAN FRISBIE, pro se,            )   Case No.:  13 CV 2503 JAM CKD PS
                                  )
            Plaintiff,            )   VERIFIED COMPLAINT AND
                                  )   DEMAND FOR TRIAL BY JURY
    vs.                           )
                                  )   (Unlawful Credit Reporting Practices)
THE CBE GROUP, INC.,              )
                                  )
            Defendant             )
                                  )

**PRELIMINARY STATEMENT**

This is an action for damages brought for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681 *et seq.*

**JURISDICTION AND VENUE**

1. This court has jurisdiction under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

2. Plaintiff resides in Nevada County, California, and Defendant transacts business in this district.

3. Venue is proper in the Eastern District of California Sacramento Division.

4. All conditions precedent to the bringing of this action have been performed.

- 1 -
PLAINTIFF'S VERIFIED COMPLAINT

## PARTIES

5. The Plaintiff in this lawsuit is Susan Frisbie, a natural person, who resides in Nevada County, California.

6. Defendant THE CBE GROUP, INC (hereinafter "CBE") is a national company with offices at 1309 Technology Pk., Cedar Falls, Iowa, 50613.

7. Defendant CBE conducts business in the state of California.

## FACTUAL ALLEGATIONS

1. Plaintiff obtained her consumer credit reports from the three major credit reporting agencies and found entries that she was unfamiliar with in the reports.

2. Plaintiff found after examination of her TransUnion consumer credit report that Defendant CBE had obtained Plaintiff's TransUnion consumer credit report on November 15, 2011.

3. Discovery of violation brought forth herein occurred in December 2011 and is within the statute of limitations as defined in the FCRA, 15 U.S.C. § 1681p.

4. On April 5, 2012, Plaintiff sent a Notice of Intent to Sue to Defendant CBE by certified mail #70111570000270092893.

5. On May 23, 2012, Plaintiff sent a Notice of Pending Lawsuit to Defendant CBE by certified mail #70111570000270092886.

6. Plaintiff received no response at any time to her Notice of Intent to Sue or her Notice of Pending Lawsuit from Defendant CBE.

## COUNT I

### VIOLATION OF FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681b WILLFUL NON-COMPLIANCE BY DEFENDANT CBE

7. Plaintiff repeats, re-alleges and incorporates by reference all of the foregoing paragraphs.

8. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

9. TransUnion is a credit reporting agency within the meaning of the FCRA, 15 U.S.C. § 1681a(f).

10. Consumer credit report is a consumer report within the meaning of the FCRA, 15 U.S.C. § 1681a(d).

11. The FCRA, 15 U.S.C. § 1681b defines the permissible purposes for which a person may obtain a consumer credit report.

12. Such permissible purposes as defined by 15 U.S.C. § 1681b are generally, if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bona fide offer of credit as a result of the inquiry.

13. Plaintiff has never had any business dealings or any accounts with, made application for credit from, made application for employment with, applied for insurance from, or received a bona fide offer of credit from Defendant CBE.

14. On November 15, 2011, Defendant CBE obtained the TransUnion consumer credit report for the Plaintiff with no permissible purpose, in violation of the FCRA, 15 U.S.C. § 1681b (Exhibit 'A'). Plaintiff had no account whereby Defendant CBE could claim permissible purpose and said actions were a clear violation of Plaintiff's privacy.

15. Plaintiff sent two notices to Defendant CBE of their violation of the FCRA in an effort to mitigate damages and reach a settlement for their violation in obtaining Plaintiff's credit report before taking civil action against them. Plaintiff received no reply to said notices sent to Defendant CBE and was unable to settle this matter prior to litigation.

16. At no time did Plaintiff give her consent for Defendant CBE to acquire her consumer credit report from any credit reporting agency.

PLAINTIFF'S VERIFIED COMPLAINT

17. The actions of Defendant CBE in obtaining the consumer credit report of Plaintiff with no permissible purpose, or Plaintiff's consent, was a willful violation of the FCRA, 15 U.S.C. § 1681b and an egregious violation of Plaintiff's right to privacy.

18. At no time has Defendant CBE ever provided any valid justification they may have had for obtaining Plaintiff's credit report. The Defendant CBE had a duty to properly ascertain if there was any **legitimate** permissible purpose before obtaining Plaintiff's credit report, and Defendant CBE breached said duty by failing to do so. There was no account that the Defendant CBE had any right to collect to have had permissible purpose to obtain Plaintiff's credit report, and therefore, Plaintiff is entitled to damages for breach of said duty.

**WHEREFORE**, Plaintiff, Susan Frisbie, demands judgment be entered against Defendant CBE for the following:

19. ~~Statutory damages in the amount of $1,000 pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681p.~~

20. Any attorney's fees and costs pursuant to 15 U.S.C. § 1681n.

21. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

Dated: December 2, 2013

*Susan Frisbie*
Susan Frisbie
304 Redbud Way
Nevada City, CA  95959-2154
(775) 230-9339

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, Susan Frisbie, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF CALIFORNIA)

Plaintiff, SUSAN FRISBIE, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I wrote the above-entitled civil Complaint, and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well-grounded in fact and warranted by existing law or by a good-faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by me where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwriting notations.

Pursuant to 28 U.S.C. §1746(2), I, SUSAN FRISBIE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _December 2, 2013_    _Susan Frisbie_
SUSAN FRISBIE

Notary Acknowledgement Attached
12-2-13

State of California    }    Type of Document: _Verified Complaint_
County of Nevada    }    Document Date: _12-2-13_    No. of Pages: _9_

On _12-2-13_, the above named Affiant personally appeared before me, a Notary, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[Signature]_
Signature of Notary Public

V. NEVINS YOUNG
Commission # 1926207
Notary Public - California
Nevada County
My Comm. Expires Mar 19, 2015

- 6 -
PLAINTIFF'S VERIFIED COMPLAINT

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of _Nevada_

On _Dec. 2, 2013_ before me, _V Nevins Young, Notary Public_,
(Here insert name and title of the officer)

personally appeared _Susan Frisbie_,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[signature]_
Signature of Notary Public

(Notary Seal)

```
V. NEVINS YOUNG
Commission # 1926207
Notary Public - California
Nevada County
My Comm. Expires Mar 19, 2015
```

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_Verification of Complaint_
(Title or description of attached document)

_Certificate_
(Title or description of attached document continued)

Number of Pages _1_   Document Date _12.2.13_

_Verified Complaint_
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer
_____
(Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

EXHIBIT A

1
2
3
4
5
6
7
8
9
10

### Account Review Inquiries

11  The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have
12  access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

13  **CBE GROUP**
    1309 TECHNOLOGY PK
    CEDAR FALLS, IA 50613
14  (800) 925-6686
    Requested On: 11/15/2011

15
16
17
18
19
20
21
22
23

### Credit Report Messages

24  Your credit report contains the following messages.

25  **PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion. (Note: This opt-out has no expiration date.)

26
                           -End of Credit Report-
27

28  Should you wish to contact TransUnion, you may do so,

- 8 -
PLAINTIFF'S VERIFIED COMPLAINT