1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SUSAN FRISBIE,                          No.  2:13-cv-2503 JAM CKD PS

12              Plaintiff,

13        v.                                 ORDER

14   CBE GROUP, INC., et al.,

15              Defendants.

16

17       Plaintiff has filed a certificate of service regarding a motion to voluntarily dismiss the

18   complaint.  ECF No. 15.  Plaintiff has not, however, filed the motion to dismiss.  In the absence

19   of the motion, the court cannot determine the proper terms upon which dismissal should be

20   entered.  See Fed. R. Civ. P. 41(a)(2).

21       Good cause appearing, IT IS HEREBY ORDERED that no later than March 12, 2014,

22   plaintiff shall file the motion for voluntary dismissal.

23   Dated:  March 4, 2014

24                                          _____
                                            CAROLYN K. DELANEY
25                                          UNITED STATES MAGISTRATE JUDGE

26   4 frisbie.vol.dism

27

28