Susan Frisbie
304 Redbud Way
Nevada City, CA  95959-2154
(775) 230-9339
nevadasierras@yahoo.com
PRO SE

FILED
MAR 10 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                  DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SUSAN FRISBIE, pro se,<br><br>  Plaintiff,<br><br>vs.<br><br>THE CBE GROUP, INC., and<br>JUSTIN COMER,<br><br>  Defendants | Case No.: 2:13-cv-02503-JAM-CKD<br><br>MOTION FOR VOLUNTARY<br>DISMISSAL PURSUANT TO<br>F.R.C.P. 41(a)(1)(A)(ii) |

### MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

The parties in this action present this stipulated motion for dismissal with prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. All parties are in agreement with this dismissal. Each party is bearing their own costs of this action. No party in this action is seeking sanctions against any other party. The Plaintiff and Counsel for the Defendants have signed, below.

RESPECTFULLY SUBMITTED,

DATED: February 24, 2014

By: *Susan Frisbie*
Susan Frisbie, Plaintiff
304 Redbud Way
Nevada City, CA 95959-2154
(775) 230-9339
nevadasierras@yahoo.com
PRO SE

DATED: February 25, 2014

Sean P. Flynn
Counsel for Defendants